UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-MJ-1147-DAN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| NATHANIEL S. BRODY | ) | |

Now upon successful completion of the Pretrial Diversion Agreement previously approved by this Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the misdemeanor charges against the above-captioned Defendant.

This the 15th day of May, 2013.

THOMAS G. WALKER
United States Attorney

BY: /s/ Toby W. Lathan
TOBY W. LATHAN
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, N.C. 27601
Telephone: (919) 856-4274
FAX: (919) 856-4487
Email: Toby.Lathan@usdoj.gov
NC Bar No. 35398

Leave of Court is granted for the
filing of the foregoing dismissal
this _16_ day of _May_, 2013.

_____
United States Magistrate Judge